PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR 06-00246-05 RMW |
| DOCKET NUMBER *(Rec. Court)* | PT 07-350-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ray Morada | ND/CA | San Jose |

FILED

MAR - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Ronlad M. Whyte | | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/25/06 | TO 9/24/09 |

OFFENSE

18 USC 371 - Conspiracy to Commit Copyright Infringement by Electronic Means, a Class D Felony
17 USC 506(a)(1)(B) - Copyright Infringement by Electronic Means and Aiding & Abetting, a Class E Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ District of Columbia _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/12/07_
Date

_Ronald M Whyte_
United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   District of Columbia

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6 March 2007_
Effective Date

_Thomas F. Hogan_
United States District Judge