Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

March 8, 2007

Clerk, U.S. District Court
for the Northern District
of California
2112 Robert F. Peckham
Federal Building
and U.S. Courthouse
280 South First Street
San Jose, CA 95113-3002

                                                  In re: Supervised Release Supervision Transfer
                                                  U.S.A. vs Ray Morada
                                                  Your Case Number: CR 06-00246-05 RMW
                                                  Our Case Number: 07-PT-350-TFH

Dear Clerk:

       This office is in receipt of a Transfer of Jurisdiction of Supervised Release Supervision Order, in the above-referenced case, pursuant to 18 U.S.C. 3605. I have enclosed a duplicate original of the Order for your records.

       Kindly forward to this office certified copies of the docket sheet, indictment/information, and judgment and commitment order.

       Thank you for your assistance.

                                                  Very truly yours,
                                                  Nancy Mayer-Whittington, Clerk

                                                  By: *Linda Pugh,* (202) 354-3173
                                                       Deputy Clerk

Enclosure
cc: U.S. Probation Office
    Chief Judge Thomas F. Hogan